**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **COREY L. DIAMOND,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIVIL ACTION 20-0076-CG-MU** |
| | **)** | |
| **MOBILE ALUMNI CHAPTER OF** | **)** | |
| **KAPPA ALPHA PSI,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## ORDER

After due and proper consideration of the issues raised, and there having

been no objections filed, the recommendation of the Magistrate Judge made under

28 U.S.C. § 636(b)(1)(B) and dated March 2, 2020 is **ADOPTED** as the opinion of

this Court.

**DONE and ORDERED** this 27th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE